UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA A. BIRON<br>Federal Correctional Institution<br>P.O. Box 1731<br>Waseca, MN 56093<br><br>*Plaintiff*,<br><br>v.<br><br>MICHAEL CARVAJAL<br>Director of the Federal Bureau of Prisons<br>Federal Bureau of Prisons<br>320 First St., NW<br>Washington, DC 20534<br><br>And<br><br>LINDSEY GEORGE<br>Chief of Information Management<br>Federal Bureau of Prisons<br>320 First St., NW<br>Washington, DC 20534<br><br>*Defendants*. | Civil Action No. 21-3307 (UA) |

## NOTICE OF REMOVAL

Defendants, by and through the undersigned counsel, pursuant to 28 U.S.C. §1442, hereby remove the case captioned, *Lisa A. Biron v. Michael Carvajal, Director of the Federal Bureau of Prisons, et al.*, No. 2021 CA 004278 B (D.C. Super. Ct.), to this Court. In support of this Notice, the Defendant state as follows:

1.      On November 17, 2021, Plaintiff Lisa A. Biron filed a complaint in the Superior Court of the District of Columbia alleging Defendants violated of the Freedom of Information Act and Privacy Act.  *See* Compl. (attached hereto as Ex. A).

2. A civil action commenced in a state court against the United States or any officer of the United States in their official capacity shall be removed to the U.S. District Court for the District of Columbia. *See* 28 U.S.C. § 1442. Here, Plaintiff's complaint, now pending in the Superior Court of the District of Columbia, brings claims against the United States or an agency or officer thereof.

3. A notice of filing this Notice of Removal will be filed in the Superior Court of the District of Columbia.

WHEREFORE, the action now pending in the Superior Court of the District of Columbia is properly removed to this Court pursuant to 28 U.S.C. § 1442(a)(1).

Dated: December 17, 2021

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

*/s/ Stephanie R. Johnson*
STEPHANIE R. JOHNSON
D.C. Bar # 1632338
Assistant United States Attorney
United States Attorney's Office
Civil Division
555 4th Street, N.W.
Washington, D.C. 20530
(202) 252-7874
Stephanie.Johnson5@usdoj.gov

*Counsels for Defendants*

...
...
...

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 17, 2021, I caused a copy of the foregoing to be served by United States mail, postage prepaid, upon:

Lisa A. Biron
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

*/s/ Stephanie R. Johnson*
STEPHANIE R. JOHNSON
Assistant United States Attorney