

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION - Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

Lisa A. Biron
_____
*Plaintiff(s)*

v.

Michael Carvajal
_____
*Defendant(s)*

Case No: 2021 CA 004278 B

## NOTICE AND ACKNOWLEDGMENT OF SERVICE

To (insert name and address of the party to be served):
Michael Carvajal
320 First St. NW
Washington, DC 20534

    The enclosed summons, complaint, initial order, and any addendum are served in accordance with Superior Court Rule of Civil Procedure 4(c)(5).
    Please sign and date the Acknowledgement at the bottom of the page. If you are served on behalf of a corporation, unincorporated association (including a partnership), or other entity, please indicate your relationship to that entity in the space beside your signature. If you are served on behalf of another person and you are authorized to receive process, please indicate your authority in the space beside your signature.
    If you do not complete and return the form to the sender within 21 days after it was mailed and you do not show good cause for this failure, you (or the party on whose behalf you are being served) will be required to pay 1) the costs incurred in serving the summons, complaint, initial order, and any addendum in any other manner permitted by law and 2) the reasonable expenses, including attorney's fees, for any motion required to collect those service expenses.
    If you do complete and return this form, you (or the party on whose behalf you are being served) must answer the complaint within 21 days after you have signed, dated, and returned the form (or within 60 days if the party being served is the United States, the District of Columbia, or officers or employees of either). If you fail to do so, judgment by default may be entered against you for the relief demanded in the complaint.
    This Notice and Acknowledgment of Receipt of Summons, Complaint, Initial Order, and Any Addendum was mailed on (insert date): 11/18/2021.

_____             11/18/2021
*Signature*                                                                                *Date of Signature*

## ACKNOWLEDGMENT OF RECEIPT OF SUMMONS, COMPLAINT, INITIAL ORDER, AND ANY ADDENDUM

    I (print name) _____ received a copy of the summons, complaint, initial order, and any addendum in the above captioned matter at (insert address): _____

_____    _____    _____
*Signature*                        *Relationship to Defendant/Authority*         *Date of Signature*
                                  *to Receive Service*

Para pedir una traducción, llame al (202) 879-4828    如需翻译,请打电话 (202) 879-4828    Veuillez appeler au (202) 879-4828 pour une traduction
Để có một bài dịch, hãy gọi (202) 879-4828    ያማርኛ ትርጉም ለማግኘት (202) 879-4828 ይደውሉ    번역을 원하시면, (202) 879-4828 로 전화주십시요

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION** Civil Actions Branch
**500 Indiana Avenue, N.W., Suite 5000, Washington, D.C. 20001**
Telephone: (202) 879-1133 • Website: www.dccourts.gov

LISA A. BIRON
  Vs.                                              C.A. No.     2021 CA 004278 B
LINDSEY GEORGE et al

## INITIAL ORDER AND ADDENDUM

**Pursuant to D.C. Code § 11-906 and District of Columbia Superior Court Rule of Civil Procedure ("Super. Ct. Civ. R.") 40-I, it is hereby ORDERED as follows:**

(1) This case is assigned to the judge and calendar designated below. All future filings in this case shall bear the calendar number and the judge's name beneath the case number in the caption.

(2) Within 60 days of the filing of the complaint, plaintiff must file proof of service on each defendant of copies of (a) the summons, (b) the complaint, and (c) this Initial Order and Addendum. The court will dismiss the claims against any defendant for whom such proof of service has not been filed by this deadline, unless the court extended the time for service under Rule 4(m).

(3) Within 21 days of service (unless otherwise provided in Rule 12), each defendant must respond to the complaint by filing an answer or other responsive pleading. The court may enter a default and a default judgment against any defendant who does not meet this deadline, unless the court extended the deadline under Rule 55(a).

(4) At the time stated below, all counsel and unrepresented parties shall participate in a remote hearing to establish a schedule and discuss the possibilities of settlement. Counsel shall discuss with their clients **before** the hearing whether the clients are agreeable to binding or non-binding arbitration. **This order is the only notice that parties and counsel will receive concerning this hearing.**

(5) If the date or time is inconvenient for any party or counsel, the Civil Actions Branch may continue the Conference **once**, with the consent of all parties, to either of the two succeeding Fridays. To reschedule the hearing, a party or lawyer may call the Branch at (202) 879-1133. Any such request must be made at least seven business days before the scheduled date.
No other continuance of the conference will be granted except upon motion for good cause shown.

(6) Parties are responsible for obtaining and complying with all requirements of the General Order for Civil cases, each judge's Supplement to the General Order and the General Mediation Order. Copies of these orders are available in the Courtroom and on the Court's website http://www.dccourts.gov/.

**Chief Judge Anita M. Josey-Herring**

Case Assigned to: Judge HEIDI M PASICHOW
Date:           November 17, 2021
Initial Conference: **REMOTE HEARING - DO NOT COME TO COURTHOUSE**
**SEE REMOTE HEARING INSTRUCTIONS ATTACHED TO INITIAL ORDER**

9:30 am, Friday, February 18, 2022
Location:  Courtroom 516
           500 Indiana Avenue N.W.
           WASHINGTON, DC  20001

# ADDENDUM TO INITIAL ORDER AFFECTING
# ALL MEDICAL MALPRACTICE CASES

D.C. Code § 16-2821, which part of the Medical Malpractice Proceedings Act of 2006, provides, "[a]fter action is filed in the court against a healthcare provider alleging medical malpractice, the court shall require the parties to enter into mediation, without discovery or, if all parties agree[,] with only limited discovery that will not interfere with the completion of mediation within 30 days of the Initial Scheduling and Settlement Conference ('ISSC'"), prior to any further litigation in an effort to reach a settlement agreement. The early mediation schedule shall be included in the Scheduling Order following the ISSC. Unless all parties agree, the stay of discovery shall not be more than 30 days after the ISSC."

To ensure compliance with this legislation, on or before the date of the ISSC, the Court will notify all attorneys and *pro se* parties of the date and time of the early mediation session and the name of the assigned mediator. Information about the early mediation date also is available over the internet at https://www:dccourts.gov/pa/. To facilitate this process, all counsel and *pro se* parties in every medical malpractice case are required to confer, jointly complete and sign an EARLY MEDIATION FORM, which must be filed no later than ten (10) calendar days prior to the ISSC. D.C. Code § 16-2825 Two separate Early Mediation Forms are available. Both forms may be obtained at www.dccourts.gov/medmalmediation. One form is to be used for early mediation with a mediator from the multi-door medical malpractice mediator roster; the second form is to be used for early mediation with a private mediator. Plaintiff's counsel is responsible for eFiling the form and is required to e-mail a courtesy copy to earlymedmal@dcsc.gov. Unrepresented plaintiffs who elect not to eFile must either mail the form to the Multi-Door Dispute Resolution Office at, Suite 2900, 410 E Street, N.W., Washington, DC 20001, or deliver if in person if the Office is open for in-person visits.

A roster of medical malpractice mediators available through the Court's Multi-Door Dispute Resolution Division, with biographical information about each mediator, can be found at www.dccourts.gov/medmalmediation/mediatorprofiles. All individuals on the roster are judges or lawyers with at least 10 years of significant experience in medical malpractice litigation. D.C. Code § 16-2823(a). If the parties cannot agree on a mediator, the Court will appoint one. D.C. Code § 16-2823(b).

The following people are required by D.C. Code § 16-2824 to attend personally the Early Mediation Conference: (1) all parties; (2) for parties that are not individuals, a representative with settlement authority; (3) in cases involving an insurance company, a representative of the company with settlement authority; and (4) attorneys representing each party with primary responsibility for the case.

No later than ten (10) days after the early mediation session has terminated, Plaintiff must eFile with the Court a report prepared by the mediator, including a private mediator, regarding: (1) attendance; (2) whether a settlement was reached; or, (3) if a settlement was not reached, any agreements to narrow the scope of the dispute, limit discovery, facilitate future settlement, hold another mediation session, or otherwise reduce the cost and time of trial preparation. D.C. Code§ 16-2826. Any Plaintiff who is unrepresented may mail the form to the Civil Actions Branch at [address] or deliver it in person if the Branch is open for in-person visits. The forms to be used for early mediation reports are available at www.dccourts.gov/medmalmediation.

Chief Judge Anita M. Josey-Herring

Civil Remote Hearing Instructions for Participants

The following instructions are for participants who are scheduled to have cases heard before a Civil Judge in a **Remote Courtroom**

**Option 1** (AUDIO ONLY/Dial-in by Phone):

Toll 1 (844) 992-4762 or (202) 860-2110, enter the Meeting ID from the attachment followed by #, press again to enter session.

- *Please call in no sooner than 5 minutes before your scheduled hearing time. Once you have joined the session, please place your phone on mute until directed otherwise. If you should happen to get disconnected from the call, please call back in using the phone number and access number provided and the courtroom clerk will mute your call until the appropriate time.*

If you select **Option 2** or **Option 3** use the Audio Alternative

**Option 2** (LAPTOP/ DESKTOP USERS 1):

Open Web Browser in Google Chrome and copy and paste following address from the next page:
https://dccourts.webex.com/meet/XXXXXXXXX

**Option 3** (LAPTOP/ DESKTOP USERS 2):

Open Web Browser in Google Chrome and copy and paste following address
https://dccourts.webex.com   Select **Join**, enter the Meeting ID from the next page



**AUDIO ALTERNATIVE:** Instead of automatically using **USE COMPUTER FOR AUDIO**, select **CALL-IN** and follow the **CALL-IN** prompt window.  Use a cell phone or desk phone. You will be heard clearer if you **do not** place your phone on SPEAKER. It is very important that you enter the **ACCESS ID #** so that your audio is matched with your video.

**Option 4** (Ipad/SMART PHONE/TABLET):

- Go to App Store, Download WebEx App (Cisco WebEx Meetings)
- Sign into the App with your Name and Email Address
- Select Join Meeting
- Enter address from the next page: https://dccourts.webex.com/meet/XXXXXXXXX
- Click join and make sure your microphone is muted and your video is unmuted (if you need to be
- seen). If you only need to speak and do not need to be seen, use the audio only option.
- When you are ready click "Join Meeting". If the host has not yet started the meeting, you will be placed in the lobby until the meeting begins.

For Technical Questions or issues Call: (202) 879-1928, Option #2

Superior Court of the District of Columbia
Public Access for Remote Court Hearings
(Effective August 24, 2020)

**The current telephone numbers for all remote hearings are: 202-860-2110 (local) or 844-992-4726 (toll free).** After dialing the number, enter the WebEx Meeting ID as shown below for the courtroom. Please click a WebEx Direct URL link below to join the hearing online.

Audio and video recording; taking pictures of remote hearings; and sharing the live or recorded remote hearing by rebroadcasting, live-streaming or otherwise are not allowed

| Division | Courtroom | Types of Hearings Scheduled in Courtroom | Public Access via WebEx | |
|---|---|---|---|---|
| | | | **WebEx Direct URL** | **WebEx Meeting ID** |
| Auditor Master | 206 | Auditor Master Hearings | https://dccourts.webex.com/meet/ctbaudmaster | 129 648 5606 |
| Civil | 100 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb100 | 129 846 4145 |
| | 205 | Foreclosure Matters | https://dccourts.webex.com/meet/ctb205 | 129 814 7399 |
| | 212 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb212 | 129 440 9070 |
| | 214 | Title 47 Tax Liens; and Foreclosure Hearings | https://dccourts.webex.com/meet/ctb214 | 129 942 2620 |
| | 219 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb219 | 129 315 2924 |
| | 221 | Civil 1 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb221 | 129 493 5162 |
| | 318 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb318 | 129 801 7169 |
| | 320 | | https://dccourts.webex.com/meet/ctb320 | 129 226 9879 |

| | | | |
|---|---|---|---|
| 400 | Judge in Chambers Matters including Temporary Restraining Orders, Preliminary Injunctions and Name Changes | https://dccourts.webex.com/meet/ctb400 | 129 339 7379 |
| 415 | Civil 2 Scheduling Conferences; Status, Motion and Evidentiary Hearings including Bench Trials | https://dccourts.webex.com/meet/ctb415 | 129 314 3475 |
| 516 | | https://dccourts.webex.com/meet/ctb516 | 129 776 4396 |
| 517 | | https://dccourts.webex.com/meet/ctb517 | 129 911 6415 |
| 518 | | https://dccourts.webex.com/meet/ctb518 | 129 685 3445 |
| 519 | | https://dccourts.webex.com/meet/ctb519 | 129 705 0412 |
| JM-4 | | https://dccourts.webex.com/meet/ctbjm4 | 129 797 7557 |
| A-47 | Housing Conditions Matters | https://dccourts.webex.com/meet/ctba47 | 129 906 2065 |
| B-52 | Debt Collection and Landlord and Tenant Trials | https://dccourts.webex.com/meet/ctbb52 | 129 793 4102 |
| B-53 | Landlord and Tenant Matters including Lease Violation Hearings and Post Judgment Motions | https://dccourts.webex.com/meet/ctbb53 | 129 913 3728 |
| B-109 | Landlord and Tenant Matters | https://dccourts.webex.com/meet/ctbb109 | 129 127 9276 |
| B-119 | Small Claims Hearings and Trials | https://dccourts.webex.com/meet/ctbb119 | 129 230 4882 |

CAIO-60

FILED
CIVIL ACTIONS BRANCH

NOV 1 7 2021

Superior Court of the
District of Columbia
Washington, D.C.

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

500 Indiana Avenue, N.W.
Washington, D.C. 20001

Telephone (202) 879-1133

Lisa A. Biron )
Federal Correctional Institution )
P.O. Box 1731 )
Waseca, MN 56093 )
)
v. )  Case Number  2021 04278
)
)
Lindsey George, Federal Bureau of )
Prisons Chief of Information )
Management; )
)
Michael Carvajal, Federal Bureau of )
Prisons Director; )
Federal Bureau of Prisons )
320 First St., N.W. )
Washington, D.C. 20534 )

COMPLAINT

Jurisdiction

1. Jurisdiction of the Court is founded on D.C. Code § 11-921 (2001), and this Complaint brings claims for violations of the Freedom of Information and Privacy Acts by the herein named defendants.

Plaintiff

2. Plaintiff, Lisa A. Biron, is a Federal Bureau of Prisons inmate who is presently housed at Federal Correctional Institution, Waseca, MN.

Defendants

3. Defendant Lindsey George is the Chief of Information Management for the Federal Bureau of Prisons. She is responsible for managing all information for the agency and is responsible for agency compliance with applicable law, including the Freedom of Information Act and Privacy Act, regarding the Federal Bureau of Prisons' system of records.

4. Defendant Michael Carvajal is the Director of the Federal Bureau

1

of Prisons. He is responsible for ensuring that the agency complies with all applicable law, including the Freedom of Information Act and the Privacy Act, regarding the management of the Federal Bureau of Prisons' system of records.

Claims

5. Paragraphs 1 through 4 are hereby incorporated by reference.

6. The Defendants have violated the Freedom of Information Act and Privacy Act concerning records containing information regarding the Plaintiff. Specifically, the defendants maintain a system of records known as the Electronic Law Library ("ELL").

7. The ELL is available agency-wide to all inmates as a legal research database. The database may lawfully contain caselaw and court decisions that are publically available. Several cases in which Ms. Biron is either a plaintiff or a defendant are lawfully available for access through the ELL.

8. On May 5, 2021, the United States District Court for the District of New Hampshire issued the attached Order sealing its prior October 2, 2017 Order [ECF DOC 9] in <u>Biron v. United States</u>, no. 16-cv-108-PB, 2017 DNH 211, 2017 U.S. Dist. LEXIS 162038 (N.H.D. Oct. 2, 2017).

9. On August 5, 2021, the Sealed order/decision was officially removed from LexisNexis®'s database.

10. Nevertheless, despite repeated attempts by the plaintiff, the defendants have failed to remove said order from the inmate-ELL.

11. The Plaintiff has explained via several emails to Defendant George that the Federal Bureau of Prisons is publishing a <u>sealed</u> decision in violation of the law.

12. Plaintiff has explained to Defendant George that not even the Supreme Court can view this sealed order and has had to request a copy from the Plaintiff so it may review the order in regard to a Petition for a Writ of Mandamus

filed by the Plaintiff in that Court.

13. Plaintiff has explained to Defendant George that no court, lawyer, or member of the public is able to view this sealed order (sealed, by the way, in part, to ensure the safety and security of the institution and Ms. Biron).

14. In fact, the only way this sealed order may be viewed is if a person is, or becomes, an inmate in the Federal Bureau of Prisons. Then, that inmate may go to the institution's inmate law library and freely view (and even print) this <u>sealed</u> decision on the inmates' Electronic Law Library database.

15. Despite explaining this issue to the defendants in such detail for months, the sealed order remains on display by the Federal Bureau of Prisons, forcing the Plaintiff to seek redress from this Court.

16. Title 5 U.S.C. § 552a(b) mandates that "No agency shall disclose any record which is contained in a system of records by any means of communication to any person . . . , except pursuant to a written request by, or with the prior written consent of, the individual to whom the record pertains . . . . 5 U.S.C. § 552a(b).

17. "Whenever any agency fails to comply with any . . . provision of this section, or any rule promulgated thereunder, . . . the individual may bring a civil action against the agency." Title 5 U.S.C. § 552a(g)(1)(D).

18. The unauthorized disclosure of this sealed court decision is an unwarranted invasion of Plaintiff's personal privacy and has an adverse effect on Plaintiff.

19. The failure to remove said sealed order from the ELL after repeated requests by Plaintiff is evidence that the wrongful disclosure is willful and intentional warranting damages in an amount not less that $1000.00. 5 U.S.C. § 552a(g)(D)(4).

3

Remedies

20. Paragraphs 1 through 19 are hereby incorporated by reference.

21. Plaintiff seeks damages against the defendants to the fullest extent allowed under the law.

22. Plaintiff seeks declaratory and injunctive relief ordering the defendants to remove the sealed court decision from the Federal Bureau of Prisons' Electronic Law Library.

23. Plaintiff seeks her fees and costs incurred in this litigation; and

24. Such other relief as this Court deems just and equitable.

Respectfully submitted,

10/12/21
Date

Lisa A. Biron (Reg. #12775-049)
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

Verification

I, Lisa A. Biron, hereby swear, under the penalty of perjury, that the foregoing facts are true to the best of my knowledge and ability.

Lisa A. Biron

Subscribed and sworn before me this 12th day of October, 2021.

SARAH ANNE WHITESITT
Notary Public
State of Minnesota
My Commission Expires
January 31, 2025

Notary Public/Commission Exp.

4

**Orders on Motions**
1:16-cv-00108-PB Biron v. USA
**CASE CLOSED on 10/02/2017**

ADMIN,CLOSED

## U.S. District Court

### District of New Hampshire

**Notice of Electronic Filing**

The following transaction was entered on 5/6/2021 at 3:22 PM EDT and filed on 5/5/2021
**Case Name:**         Biron v. USA
**Case Number:**       1:16-cv-00108-PB
**Filer:**
**WARNING: CASE CLOSED on 10/02/2017**
**Document Number:** No document attached

**Docket Text:**
**ENDORSED ORDER granting [31] Motion to Seal Document [9] Order on Motion to Vacate Sentence under 28 USC 2255.** *Text of Order: Granted.* **So Ordered by Judge Paul J. Barbadoro.(vln)**


**1:16-cv-00108-PB Notice has been electronically mailed to:**

Charles J. Keefe    keefe@wbdklaw.com, hackney@wbdklaw.com

Seth R. Aframe    seth.aframe@usdoj.gov, CaseView.ECF@usdoj.gov, stephanie.hopkins@usdoj.gov, USANH.ECFCivil@usdoj.gov, USANH.ECFCriminal@usdoj.gov, USANH.ECFDocket@usdoj.gov

**1:16-cv-00108-PB Notice, to the extent appropriate, must be delivered conventionally to:**

Lisa Biron
12775-049
Waseca - FCI
Inmate Mail/Parcels
PO Box 1731
Waseca, MN 56093

# Superior Court of the District of Columbia

CIVIL DIVISION- CIVIL ACTIONS BRANCH

INFORMATION SHEET

Lisa A. Biron                                Case Number: **2021 04278**

vs                                            Date: October 12, 2021

Lindsey George, FBOP, et al.                 [X] All defendants are sued in their official capacity

| Name: *(Please Print)* Lisa A. Biron | Relationship to Lawsuit |
|---|---|
| Firm Name: | [ ] Attorney for Plaintiff |
| | [X] Self (Pro Se) |
| Telephone No.:        Six digit Unified Bar No.: | [ ] Other: _____ |

TYPE OF CASE: [X] Non-Jury     [ ] 6 Person Jury     [ ] 12 Person Jury

Demand: $ no less than $ 1,000.00    Other: _____
per FOIA/Privacy Act

PENDING CASE(S) RELATED TO THE ACTION BEING FILED

Case No.: N/A         Judge: _____         Calendar #: _____

Case No.: _____   Judge: _____         Calendar #: _____

---

**NATURE OF SUIT:**    *(Check One Box Only)*

**A. CONTRACTS**                                    **COLLECTION CASES**

[ ] 01 Breach of Contract           [ ] 14 Under $25,000 Pltf. Grants Consent   [ ] 16 Under $25,000 Consent Denied
[ ] 02 Breach of Warranty           [ ] 17 OVER $25,000 Pltf. Grants Consent    [ ] 18 OVER $25,000 Consent Denied
[ ] 06 Negotiable Instrument        [ ] 27 Insurance/Subrogation                [ ] 26 Insurance/Subrogation
[ ] 07 Personal Property                 Over $25,000 Pltf. Grants Consent           Over $25,000 Consent Denied
[ ] 13 Employment Discrimination    [ ] 07 Insurance/Subrogation                [ ] 34 Insurance/Subrogation
[ ] 15 Special Education Fees            Under $25,000 Pltf. Grants Consent          Under $25,000 Consent Denied
                                    [ ] 28 Motion to Confirm Arbitration
                                         Award (Collection Cases Only)

**B. PROPERTY TORTS**

[ ] 01 Automobile                [ ] 03 Destruction of Private Property    [ ] 05 Trespass
[ ] 02 Conversion                [ ] 04 Property Damage
[ ] 07 Shoplifting, D.C. Code § 27-102 (a)

**C. PERSONAL TORTS**

[ ] 01 Abuse of Process             [ ] 10 Invasion of Privacy                  [ ] 17 Personal Injury- (Not Automobile,
[ ] 02 Alienation of Affection      [ ] 11 Libel and Slander                         Not Malpractice)
[ ] 03 Assault and Battery          [ ] 12 Malicious Interference               [ ] 18 Wrongful Death (Not Malpractice)
[ ] 04 Automobile- Personal Injury  [ ] 13 Malicious Prosecution                [ ] 19 Wrongful Eviction
[ ] 05 Deceit (Misrepresentation)   [ ] 14 Malpractice Legal                    [ ] 20 Friendly Suit
[ ] 06 False Accusation             [ ] 15 Malpractice Medical (Including Wrongful Death)  [ ] 21 Asbestos
[ ] 07 False Arrest                 [ ] 16 Negligence- (Not Automobile,         [ ] 22 Toxic/Mass Torts
[ ] 08 Fraud                             Not Malpractice)                       [ ] 23 Tobacco
                                                                                 [ ] 24 Lead Paint

SEE REVERSE SIDE AND CHECK HERE ☐ IF USED

CV-496/June 2015

## Information Sheet, Continued

**C. OTHERS**
- ☐ 01 Accounting
- ☐ 02 Att. Before Judgment
- ☐ 05 Ejectment
- ☐ 09 Special Writ/Warrants (DC Code § 11-941)
- ☐ 10 Traffic Adjudication
- ☐ 11 Writ of Replevin
- ☐ 12 Enforce Mechanics Lien
- ☐ 16 Declaratory Judgment
- ☐ 17 Merit Personnel Act (OEA) (D.C. Code Title 1, Chapter 6)
- ☐ 18 Product Liability
- ☐ 24 Application to Confirm, Modify, Vacate Arbitration Award (DC Code § 16-4401)
- ☐ 29 Merit Personnel Act (OHR)
- ☐ 31 Housing Code Regulations
- ☐ 32 Qui Tam
- ☐ 33 Whistleblower

X Claim for violations of the Freedom of Information and Privacy Acts (Title 5 U.S.C. § 552a et seq.)

**II.**
- ☐ 03 Change of Name
- ☐ 06 Foreign Judgment/Domestic
- ☐ 08 Foreign Judgment/International
- ☐ 13 Correction of Birth Certificate
- ☐ 14 Correction of Marriage Certificate
- ☐ 15 Libel of Information
- ☐ 19 Enter Administrative Order as Judgment [ D.C. Code § 2-1802.03 (h) or 32-151 9 (a)]
- ☐ 20 Master Meter (D.C. Code § 42-3301, et seq.)
- ☐ 26 Petition for Civil Asset Forfeiture (Vehicle)
- ☐ 27 Petition for Civil Asset Forfeiture (Currency)
- ☐ 28 Petition for Civil Asset Forfeiture (Other)
- ☐ 21 Petition for Subpoena [Rule 28-I (b)]
- ☐ 22 Release Mechanics Lien
- ☐ 23 Rule 27(a)(1) (Perpetuate Testimony)
- ☐ 24 Petition for Structured Settlement
- ☐ 25 Petition for Liquidation

**D. REAL PROPERTY**
- ☐ 09 Real Property-Real Estate
- ☐ 12 Specific Performance
- ☐ 04 Condemnation (Eminent Domain)
- ☐ 10 Mortgage Foreclosure/Judicial Sale
- ☐ 11 Petition for Civil Asset Forfeiture (RP)
- ☐ 08 Quiet Title
- ☐ 25 Liens: Tax / Water Consent Granted
- ☐ 30 Liens: Tax / Water Consent Denied
- ☐ 31 Tax Lien Bid Off Certificate Consent Granted

_/s/ Lisa Biron_    11/9/21

~~Attorney's Signature~~  Pro Se    Date

CV-496/ June 2015

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

500 Indiana Avenue, N.W.
Washington, D.C. 20001

Telephone (202) 879-1133

| | |
|---|---|
| Lisa A. Biron,<br>    Plaintiff | )<br>)<br>) |
| v. | )   Case Number **2021 04278** |
| Lindsey George, Federal Bureau of<br>Prisons Chief of Information<br>Management;<br><br>Michael Carvajal, Federal Bureau of<br>Prisons Director; and<br><br>The Federal Bureau of Prisons<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty-one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the Complaint.

11/17/2021
Date

Clerk of Court

1

Pro se Plaintiff:

Lisa A. Biron
Reg. #12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, <u>DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME</u>.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA

CIVIL DIVISION

500 Indiana Avenue, N.W.
Washington, D.C. 20001

Telephone (202) 879-1133

| | |
|---|---|
| Lisa A. Biron,<br>    Plaintiff | )<br>)<br>) |
| v. | )    Case Number **2021 04278**<br>) |
| Lindsey George, Federal Bureau of<br>Prisons Chief of Information<br>Management; | )<br>)<br>)<br>) |
| Michael Carvajal, Federal Bureau of<br>Prisons Director; and | )<br>)<br>) |
| The Federal Bureau of Prisons<br>    Defendants | )<br>)<br>) |

## SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty-one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the Complaint.

11/17/2021
Date

Clerk of Court

1

Pro se Plaintiff:

Lisa A. Biron
Reg. #12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093


IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, <u>DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME</u>.

If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION

500 Indiana Avenue, N.W.
Washington, D.C. 20001

Telephone (202) 879-1133

Lisa A. Biron, )
    Plaintiff )
)
)
v. )    Case Number **2021 04278**
)
)
Lindsey George, Federal Bureau of )
Prisons Chief of Information )
Management; )
)
Michael Carvajal, Federal Bureau of )
Prisons Director; and )
)
The Federal Bureau of Prisons )
    Defendants )
)

### SUMMONS

To the above named Defendant:

    You are hereby summoned and required to serve an Answer to the attached Complaint, either personally or through an attorney, within twenty-one (21) days after service of this summons upon you, exclusive of the day of service. If you are being sued as an officer or agency of the United States Government or the District of Columbia Government, you have sixty (60) days after service of this summons to serve your Answer. A copy of the Answer must be mailed to the attorney for the party plaintiff who is suing you. The attorney's name and address appear below. If plaintiff has no attorney, a copy of the Answer must be mailed to the plaintiff at the address stated on this Summons.

    You are also required to file the original Answer with the Court in Suite 5000 at 500 Indiana Avenue, N.W., between 8:30 a.m. and 5:00 p.m., Mondays through Fridays or between 9:00 a.m. and 12:00 noon on Saturdays. You may file the original Answer with the Court either before you serve a copy of the Answer on the plaintiff or within seven (7) days after you have served the plaintiff. If you fail to file an Answer, judgment by default may be entered against you for the relief demanded in the Complaint.

11/17/2021
Date

Clerk of Court

1

SUMMONS
Page 2 of 2

<u>Pro se Plaintiff</u>:

Lisa A. Biron
Reg. #12775-049
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

IMPORTANT: IF YOU FAIL TO SERVE AND FILE AN ANSWER WITHIN THE TIME STATED ABOVE, OR IF, AFTER YOU ANSWER, YOU FAIL TO APPEAR AT ANY TIME THE COURT NOTIFIES YOU TO DO SO, A JUDGMENT BY DEFAULT MAY BE ENTERED AGAINST YOU FOR THE MONEY DAMAGES OR OTHER RELIEF DEMANDED IN THE COMPLAINT. IF THIS OCCURS, YOUR WAGES MAY BE ATTACHED OR WITHHELD OR PERSONAL PROPERTY OR REAL ESTATE YOU OWN MAY BE TAKEN AND SOLD TO PAY THE JUDGMENT. IF YOU INTEND TO OPPOSE THIS ACTION, <u>DO NOT FAIL TO ANSWER WITHIN THE REQUIRED TIME</u>.

    If you wish to talk to a lawyer and feel that you cannot afford to pay a fee to a lawyer, promptly contact one of the offices of the Legal Aid Society (202-628-1161) or the Neighborhood Legal Services (202-279-5100) for help or come to Suite 5000 at 500 Indiana Avenue, N.W., for more information concerning places where you may ask for such help.



# Superior Court of the District of Columbia
## CIVIL DIVISION

**Check One:**

| ☐ Civil Actions Branch<br>500 Indiana Ave., N.W.<br>Room 5000<br>Washington, D.C. 20001<br>Telephone: (202) 879-1133 | ☐ Landlord & Tenant Branch<br>510 4th Street, N.W.<br>Room 110<br>Washington, D.C. 20001<br>Telephone: (202) 879-4879 | ☐ Small Claims & Conciliation Branch<br>510 4th Street, N.W.<br>Room 119<br>Washington, D.C. 20001<br>Telephone: (202) 879-1120 |

_____
Plaintiff

v.                                           CASE NUMBER:_____

_____
Defendant

## ANSWER OF DEFENDANT

The defendant answers the claim(s) of plaintiff(s) as follows:

_____
_____
_____
_____
_____
_____

### SIGNATURE AND ADDRESS OF PARTY/ATTORNEY

_____          _____
Signature                                Date

_____          _____
Printed Name and Bar Number (if applicable)    Street Address

_____          _____
Email Address and Phone Number          City, State, Zip

### CERTIFICATE OF SERVICE

I hereby certify that on _____ (date), that a copy of this Answer was sent in the manner indicated to the party/parties in this case or their attorney(s) as listed below:

☐ E-served on or ☐ Mailed to (check one)

_____          _____
Name                                    Name

_____          _____
Street Address                          Street Address

_____          _____
City, State, Zip                        City, State, Zip

_____          _____
Email Address and Phone Number          Email Address and Phone Number

Form CV(6)-451/Jan. 2020

Super. Ct. Civ. R. 12; Super Ct. L&T R. 5 & Super. Ct. SC R. 5