UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA A. BIRON,<br><br>                *Plaintiff,*<br><br>      v.<br><br>MICHAEL CARVAJAL, Director of the<br>Federal Bureau of Prisons, *et al.*,<br><br>                *Defendants*. | Civil Action No. 21-3307 (CKK) |

**DEFENDANTS' MOTION FOR A BRIEFING SCHEDULE**

Defendants, by and through the undersigned counsel, hereby moves for an order to set a briefing schedule. In support of this motion, the Defendants state as follows:

1. On November 17, 2021, Plaintiff Lisa A. Biron filed a complaint in the Superior Court of the District of Columbia alleging Defendants violated of the Freedom of Information Act and Privacy Act. *See* Compl. Pursuant to 28 U.S.C. § 1442, Defendants removed this matter to this Court on December 30, 2021. ECF No. 1.

2. The Defendants respectfully request the Court order a briefing schedule for Defendants to file their initial response to the Complaint.[1] The Defendants propose the following schedule:

- Defendants will file their motion to dismiss on or before March 6, 2022;
- Plaintiff will file his opposition April 5, 2022; and,
- Defendants will file their reply no later than 30 days after an ECF Notice of Electronic Filing pertaining to Plaintiff's response is generated and sent electronically to Defendants' counsel.

---

[1] The Defendants have not been properly served in this matter. By filing this motion, Defendants do not waive their right to seek dismissal for failure to serve Defendants in accordance with the pertinent rules.

3.  The meet and confer requirements of Local Civil Rule 7(m) do not apply here because Plaintiff is an incarcerated party. Further, granting the Defendants' motion will not significantly affect any future deadlines.

Consequently, Defendants respectfully request an order for a briefing schedule. A proposed order is attached.

Dated: February 3, 2022               Respectfully submitted,

                                      MATTHEW M. GRAVES, D.C. Bar # 481052
                                      United States Attorney

                                      BRIAN P. HUDAK
                                      Acting Chief, Civil Division

                                      */s/ Stephanie R. Johnson*
                                      STEPHANIE R. JOHNSON
                                      D.C. Bar # 1632338
                                      Assistant United States Attorney
                                      Civil Division
                                      555 4th Street, N.W.
                                      Washington, D.C. 20530
                                      (202) 252-7874
                                      Stephanie.Johnson5@usdoj.gov

                                      *Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

      I hereby certify that I caused a true copy of the foregoing to be sent by first class U.S, mail to Plaintiff Lisa A. Biron at the following address on February 3, 2022:

Lisa A. Biron
12775-049
Waseca - Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 1731
Waseca, MN 56093

                                */s/ Stephanie R. Johnson*
                                STEPHANIE R. JOHNSON
                                Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LISA A. BIRON,

          *Plaintiff,*

    v.

MICHAEL CARVAJAL, Director of the Federal Bureau of Prisons, *et al.*,

          *Defendants.*

Civil Action No. 21-3307 (CKK)

## [PROPOSED] ORDER

Upon consideration of Defendants' Motion for Briefing Schedule and the entire record in this matter, it is hereby:

**ORDERED** that Defendants' Motion is **GRANTED**; and it is further

**ORDERED** that the following deadlines shall govern the briefing in this case:

- Defendants will file their motion to dismiss on or before March 6, 2022;

- Plaintiff will file his opposition April 5, 2022; and

- Defendants will file their reply no later than 30 days after an ECF Notice of Electronic Filing pertaining to Plaintiff's response is generated and sent electronically to Defendants' counsel.

Dated this _____ day of _____, 2022.

_____
Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE