UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA


RECEIVED
Mail Room

MAR 22 2022

Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Lisa A. Biron,          )
    Plaintiff         )
                   )
v.                  )   Civil Action No. 21-3307 (CKK)
                   )
Lindsey George, Federal Bureau of  )
Prisons Chief of Information      )
Management; Michael Carvajal,     )   FIRST AMENDED COMPLAINT (Verified)
Federal Bureau of Prisons         )   under Fed. R. Civ. P. 15(a)(1)(B)
Director; and Federal Bureau of   )
Prisons,                     )
    Defendants        )
                   )

Jurisdiction

    1.    Jurisdiction of this Court is founded on 5 U.S.C. § 552(a)(4)(B) & 5 U.S.C. § 552a(g)(5).  This First Amended (verified) Complaint brings claims for violations of the Freedom of Information and Privacy Acts by the herein named defendants.

Plaintiff

    2.    Plaintiff, Lisa A. Biron, is a Federal Bureau of Prisons inmate who is presently housed at Federal Correctional Institution, Waseca, MN.

Defendants

    3.    Defendant Lindsey George is the Chief of Information Management for the Federal Bureau of Prisons.  She is responsible for agency compliance with applicable law, including the Freedom of Information Act and Privacy Act, regarding the Federal Bureau of Prisons' system of records.

    4.    Defendant Michael Carvajal is the Director of the Federal Bureau of Prisons.  He is responsible for ensuring that the agency complies with all applicable law, including the Freedom of Information Act and the Privacy Act, regarding the management of the Federal Bureau of Prisons' system of records.

5.  Defendant Agency is the Federal Bureau of Prisons ("FBOP"), and is the federal agency responsible for violating the Freedom of Information Act and Privacy Act concerning records pertaining to the Plaintiff in this case.

Claims

6.  Paragraphs 1 through 5 are hereby incorporated by reference.

7.  The Defendants have violated the Freedom of Information Act and Privacy Act concerning records containing information regarding the Plaintiff.

8.  Specifically, the Defendants maintain a system of records known as the Electronic Law Library ("ELL"). The ELL is available agency-wide to all inmates as a legal research database. The database may lawfully contain caselaw and court decisions that are publically available. In fact, several cases in which the Plaintiff is either a plaintiff or a defendant are lawfully available for access through the ELL.

9.  On May 5, 2021, the United States District Court for the District of New Hampshire issued an Order sealing its prior October 2, 2017 Order [ECF DOC 9] in Biron v. United States, no. 16-cv-108-PB, 2017 DNH 211, 2017 U.S. Dist. LEXIS 162038 (N.H.D. Oct. 2, 2017).

10. Plaintiff, via email to FBOP staff on May 27, 2021, advised Defendants of the seal-Order and inquired as to when the sealed Decision would be removed from the ELL.

11. Nevertheless, despite repeated attempts by the Plaintiff requesting the sealed Order be removed from the ELL, the Defendants failed to remove said Order from the ELL until on or about November 23, 2021.

12. During the approximately six months from the sealing of the Decision until its removal from the ELL, the Plaintiff explained via several emails to

2

FBOP staff that the FBOP is publishing a <u>sealed</u> Decision in violation of the law.

13. Plaintiff explained in her emails to FBOP staff that not even the Supreme Court can view this sealed order and has had to request a copy of said Decision from the Plaintiff so it may review it in regard to a petition filed in that Court.

14. Plaintiff explained to the Defendants that no court, lawyer, or member of the public was able to view this sealed order. In fact, the only way this sealed order could be viewed was for a person to be or become an inmate in the FBOP. Then, that inmate could go to the institution's inmate law library and freely view (and even print) this <u>sealed</u> Decision on the inmates' ELL database.

15. Despite explaining this issue to the Defendants in such detail for months, the sealed Decision remained on display by the FBOP for six months, Forcing the Plaintiff to file her original complaint, which she filed in the Superior Court of the District of Columbia.

16. Title 5 U.S.C. § 552a(b) mandates that "No agency shall disclose any record which is contained in a system of records by any means of communication to any person . . . , except pursuant to a written request by, or with the prior written consent of, the individual to whom the record pertains . . . . " 5 U.S.C. § 552a(b).

17. "Whenever any agency fails to comply with any . . . provision of this section, or any rule promulgated thereunder, . . . the individual may bring a civil action against the agency." 5 U.S.C. § 552a(g)(1)(D).

18. Plaintiff did not authorize the disclosure of this record and the unauthorized disclosure of this sealed court decision was an unwarranted in-

3

vasion of Plaintiff's personal privacy and has had an adverse effect on Plaintiff. Specifically, other inmates at Plaintiff's institution have learned private information about her and have talked about it causing her to feel uncomfortable and embarrassed.

19. The failure by Defendants to remove said sealed order from the ELL for six months despite repeated requests by Plaintiff to remove it shows that the wrongful disclosure was willful and intentional warranting damages in an amount not less than $1000.00. 5 U.S.C. § 552a(g)(D)(4).

Remedies

20. Paragraphs 1 through 19 are hereby incorporated by reference.

21. Plaintiff seeks damages against the Defendants in the fullest extent allowed under the law.

22. Plaintiff seeks her fees and costs incurred in this litigation; and

23. Such other relief as this Court deems just and equitable.

Respectfully submitted,

3/17/22
Date

Lisa A. Biron (12775-049)
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

Verification

I, Lisa A. Biron, hereby declare, under the penalty of perjury, that the foregoing facts in this First Amended Complaint are true to the best of my knowledge and ability.

3/17/22
Date

Lisa A. Biron

4

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

Lisa A. Biron,         )
    Plaintiff          )
                       )
v.                     )
                       )   Civil Action No. 21-3307 (CKK)
                       )
Lindsey George, Federal Bureau of )
Prisons Chief of Information )
Management; Michael Carvajal, )
Federal Bureau of Prisons )
Director; and Federal Bureau of )
Prisons,               )
    Defendants         )
                       )

## Verified Notice of Service

Under Fed. R. Civ. P. 4(m), Plaintiff had until 90 days after removal—March 17, 2022—to serve the original Complaint on the Defendants. Defendant George, Defendant Carvajal, and Defendant federal Bureau of Prisons were served via United States Postal Service Certified Mail on February 22 & 23, 2022. A copy of the signed Return Receipts is incorporated in this Notice as Exhibit 1.

I, Lisa A. Biron, declare, under the penalty of perjury, that the information set forth in this Notice is true, and that this Notice is served on AUSA Stephanie Johnson via ECF Notice of Docket Activity.

3/17/22
Date

Lisa A. Biron (12775-049)
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

RECEIVED
Mail Room
MAR 22 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Lisa A. Biron,<br>    Plaintiff<br><br>v.<br><br>George, et al.,<br>    Defendants | )<br>)<br>)<br>)  Civil Action No. 21-3307 (CKK)<br>)<br>)<br>)<br>)<br>) |

Verification of Timely Filing
and
Certification of Service

    I, Lisa A. Biron, declare, under the penalty of perjury, that this First Amended Complaint was mailed postage-paid, by depositing it in the inmate mail system on this date; and that AUSA Stephanie Johnson is served via ECF Notice of Docket Activity.

3/17/22
Date

*Lisa Biron*
Lisa A. Biron

RECEIVED
Mail Room
MAR 2 2 2022
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia