UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Lisa A. Biron,<br>    Plaintiff<br><br>v.<br><br>Lindsey George, Federal Bureau of Prisons Chief of Information Management; Michael Carvajal, Federal Bureau of Prisons Director; and Federal Bureau of Prisons,<br>    Defendants | Civil Action No. 21-3307 (CKK) |

### Verified Notice of Service

    Under Fed. R. Civ. P. 4(m), Plaintiff had until 90 days after removal—March 17, 2022—to serve the original Complaint on the Defendants. Defendant George, Defendant Carvajal, and Defendant federal Bureau of Prisons were served via United States Postal Service Certified Mail on February 22 & 23, 2022. A copy of the signed Return Receipts is incorporated in this Notice as Exhibit 1.

    I, Lisa A. Biron, declare, under the penalty of perjury, that the information set forth in this Notice is true, and that this Notice is served on AUSA Stephanie Johnson via ECF Notice of Docket Activity.

3/17/22
Date

*Lisa Biron*
Lisa A. Biron (12775-049)
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

**RECEIVED**
APR 08 2022
Clerk, U.S. District and
Bankruptcy Courts

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Ausa Stephanie Johnson
   U.S. Attorney's Office
   Civil Division / process Clerk
   555 4th Street, N.W.
   Washington, DC 20530

2. Article Number (Transfer from service label)

   9590 9402 6035 0069 5570 91

   7021 2720 0002 6244 3037

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Attorney General of the U.S.
   attn: Civil Process
   Dept. of Justice
   950 Pennsylvania Ave, N.W.
   Washington, DC 20530

2. Article Number (Transfer from service label)

   9590 9402 6035 0069 5570 84

   7021 1970 0001 3490 6321

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery

   FEB 22 2022

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

Domestic Return Receipt

---

EXHIBIT 1

Page 1 of 1 Pages