UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| Lisa A. Biron,<br>    Plaintiff | )<br>)<br>)<br>) |
| v. | )   Civil Action No. 21-3307 (CKK)<br>)<br>) |
| Lindsey George et al.,<br>    Defendants | )<br>)<br>) |

## Motion for Extension of Time

The Defendants filed their Motion to Dismiss electronically on April 1, 2022. Plaintiff received Defendants' Motion through the regular (non-legal) inmate mail on April 11, 2022.

Having received no order from this Court to the contrary, Plaintiff's response is due today, April 18, 2022. See Fed. R. Civ. P. 6(a)&(d); LCvR 7(b). Plaintiff requires more time in which to research and draft her opposition to the Defendants' motion. As an inmate, her time to research and type is somewhat restricted. Moreover, due to her lack of ECF access and the untimeliness of the U.S. Postal Service lately, she has lost a full 7 days of preparation time.

Wherefore, Plaintiff requests this honorable Court set the deadline for her opposition as May 16, 2022 unless an Order of the Court has issued in the meantime setting a later date.

Respectfully submitted,

4/18/2022
Date


RECEIVED
Mail Room
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Lisa A. Biron

## Ceritification

I, Lisa Biron, hereby swear, under the penalty of perjury, that a copy of this Motion was mailed to AUSA Stephanie Johnson, and that the original was mailed to the Court in the inmate mail system on this date.

4/18/2022
Date

Lisa Biron