UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LISA A. BIRON,

*Plaintiff,*

v.

MICHAEL CARVAJAL, Director of the
Federal Bureau of Prisons, *et al*,

*Defendants*.

Civil Action No. 21-3307 (CKK)

## DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure ("Rule"), Defendants, by and through undersigned counsel, respectfully move for an extension of time, to and through June 10, 2022, to file a response to Plaintiff's opposition entered by the Clerk on May 4, 2022 (ECF No. 11).   In support of the instant motion, Defendants respectfully state the following good cause:

1.      On November 17, 2021, Plaintiff Lisa A. Biron filed a complaint in the Superior Court of the District of Columbia alleging Defendants violated the Freedom of Information Act and Privacy Act.   *See* ECF No. 1-2, Compl.   Pursuant to 28 U.S.C. § 1442, Defendants removed this matter to this Court on December 17, 2021.   *See* ECF No. 1, Notice of Removal.

2.      Defendants moved to dismiss the complaint and Plaintiff subsequently submitted her first amended complaint.   *See* ECF No. 5, Defs.' Mot. to Dismiss; *see also* ECF No. 7, Am. Compl.   Defendants then moved to dismiss Plaintiff's first amended complaint.   *See* ECF No. 8, Defs.' Mot. to Dismiss.   Plaintiff's opposition was entered by the Clerk on May 4, 2021, *see* ECF No. 11, and Defendants' reply is now due Wednesday, May 11, 2022.

3.      There is good cause for granting this motion.  *See Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012) (explaining that good cause simply "means a valid reason for delay"). Due to the demands of undersigned counsel's docket of active cases, Defendants need additional time to prepare an appropriate response to Plaintiff's opposition.  Over the past few weeks, undersigned counsel has devoted a substantial amount of time to more than three motions (or replies), a court appearance, and myriad pleadings and joint status reports.  Consequently, undersigned needs additional time to confer with agency counsel and Supervising Assistant United States Attorneys and finalize the reply.

4.      The meet and confer requirements of Local Civil Rule 7(m) do not apply here because Plaintiff is an incarcerated party.  Further, granting Defendants' motion will not significantly affect any future deadlines.

Consequently, Defendants graciously request an extension of time, to and through June 10, 2022, to file a response to Plaintiff's opposition.   A proposed order is attached.

Dated: May 9, 2022                     Respectfully submitted,

                                       MATTHEW M. GRAVES, D.C. Bar # 481052
                                       United States Attorney

                                       BRIAN P. HUDAK
                                       Chief, Civil Division

                                       */s/ Stephanie R. Johnson*
                                       STEPHANIE R. JOHNSON
                                       D.C. Bar # 1632338
                                       Assistant United States Attorney
                                       Civil Division
                                       601 D Street, N.W.
                                       Washington, D.C. 20530
                                       (202) 252-7874
                                       Stephanie.Johnson5@usdoj.gov

                                       *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true copy of the foregoing to be mailed to Plaintiff Lisa A.

Biron at the following address on May 9, 2022:

> Lisa A. Biron
> R# 12775-049
> Waseca - Federal Correctional Institution
> Inmate Mail/Parcels
> P.O. Box 1731
> Waseca, MN 56093

> _/s/ Stephanie R. Johnson_
> STEPHANIE R. JOHNSON
> Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

LISA A. BIRON,

*Plaintiff,*

v.                                          Civil Action No. 21-3307 (CKK)

MICHAEL CARVAJAL, Director of the
Federal Bureau of Prisons, *et al*,

*Defendants*.

## **[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File a Reply and the

entire record in this matter, it is hereby:

ORDERED that Defendants' Motion is GRANTED; and it is further

ORDERED that Defendants shall respond to Plaintiff's opposition by no later than June

10, 2022.

Dated this ____ day of _____, 2022.

_____
Colleen Kollar-Kotelly
UNITED STATES DISTRICT JUDGE