UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA A. BIRON, <br><br> *Plaintiff,* <br><br> v. <br><br> MICHAEL CARVAJAL, Director of the Federal Bureau of Prisons, *et al*, <br><br> *Defendants*. | Civil Action No. 21-3307 (CKK) |

## **DEFENDANTS' MOTION FOR AN EXTENSION OF TIME TO FILE A REPLY**

Pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure ("Rule"), Defendants, by and through undersigned counsel, respectfully move for an extension of time, to and through June 30, 2022, to file a response to Plaintiff's opposition entered by the Clerk on May 4, 2022 (ECF No. 11). In support of the instant motion, Defendants respectfully state the following good cause:

1. On November 17, 2021, Plaintiff Lisa A. Biron filed a complaint in the Superior Court of the District of Columbia alleging Defendants violated the Freedom of Information Act and Privacy Act. *See* ECF No. 1-2, Compl. Pursuant to 28 U.S.C. § 1442, Defendants removed this matter to this Court on December 17, 2021. *See* ECF No. 1, Notice of Removal.

2. Defendants moved to dismiss the complaint and Plaintiff subsequently submitted her first amended complaint. *See* ECF No. 5, Defs.' Mot. to Dismiss; *see also* ECF No. 7, Am. Compl. Defendants then moved to dismiss Plaintiff's first amended complaint. *See* ECF No. 8, Defs.' Mot. to Dismiss. Plaintiff's opposition was entered by the Clerk on May 4, 2021. S*ee* Pl.'s Opp. On May 9, 2022, Defendants moved for an extension until June 10, 2022, *see* ECF

No. 12.  Defendants now move for a second extension.

3. There is good cause for granting this motion.  *See, e.g, Mann v. Castiel*, 681 F.3d 368, 375 (D.C. Cir. 2012) (explaining that good cause simply "means a valid reason for delay").  Over the past few weeks, undersigned counsel has devoted a substantial amount of time to more than six dispositive motions (or replies), two depositions, three court appearance, two witness preps, discovery responses and requests, and myriad pleadings and joint status reports.  Unfortunately, the demands of undersigned counsel's docket of active cases have prevented undersigned counsel from completing the research and consultation with agency counsel and supervising Assistant United States Attorneys necessary for finalizing the reply.  Consequently, Defendants respectfully request additional time, in light of undersigned counsel's busy schedule, to and through June 30, 2022, to conduct legal research, confer with supervising Assistant United States Attorneys and agency counsel, and finalize the reply.

4. The meet and confer requirements of Local Civil Rule 7(m) do not apply here because Plaintiff is an incarcerated party.  Nevertheless, the extension would not unfairly prejudice Plaintiff because the sealed order at issue in this matter has been removed from the Electronic Law Library which is the relief sought in this case.  Further, granting Defendants' motion will not significantly affect any future deadlines.

\*     \*     \*

Consequently, Defendants graciously request an extension of time, to and through June 30, 2022, to file a response to Plaintiff's opposition.   A proposed order is attached.

Dated: June 9, 2022            Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar # 481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

*/s/ Stephanie R. Johnson*
STEPHANIE R. JOHNSON
D.C. Bar # 1632338
Assistant United States Attorney
Civil Division
601 D Street, N.W.
Washington, D.C. 20530
(202) 252-7874
Stephanie.Johnson5@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true copy of the foregoing to be mailed to Plaintiff Lisa A. Biron at the following address on June 9, 2022:

Lisa A. Biron
R# 12775-049
Waseca - Federal Correctional Institution
Inmate Mail/Parcels
P.O. Box 1731
Waseca, MN 56093

*/s/ Stephanie R. Johnson*
STEPHANIE R. JOHNSON
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LISA A. BIRON,<br><br>   *Plaintiff,*<br><br>  v.<br><br>MICHAEL CARVAJAL, Director of the Federal Bureau of Prisons, *et al*,<br><br>   *Defendants*. | Civil Action No. 21-3307 (CKK) |

### **[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Extension of Time to File a Reply and the entire record in this matter, it is hereby:

ORDERED that Defendants' Motion is GRANTED; and it is further

ORDERED that Defendants shall respond to Plaintiff's opposition by no later than June 30, 2022.

Dated this ___ day of _____, 2022.

               _____
                Colleen Kollar-Kotelly
              UNITED STATES DISTRICT JUDGE