# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LISA A. BIRON, | : | |
| | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 21-3307 (CKK) |
| | : | |
| LINDSEY GEORGE *et al.*, | : | |
| | : | |
| Defendants. | : | |

## **ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is

**ORDERED** that Defendants' Motion to Dismiss, ECF No. 8, is **GRANTED**; it is further

**ORDERED** that this case is **DISMISSED** without prejudice and is closed.

This is a final appealable Order.

                                                                                     _____/s/_____
                                                                                    COLLEEN KOLLAR-KOTELLY
                                                                                     United States District Judge

Dated: February 3, 2023